**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*************************************************

**United States**

-V-

**Joshua Nass**

26-MJ-54

**Docket Number**

**A)** If pursuant to a prior Court Order:

Docket Number: _____

Judge: _____

Date Entered: _____

**B)** If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

**Ongoing criminal investigation**

*************************************************

**SUBMITTED BY:** ☐ Plaintiff ☐ Defendant ☒ DOJ

**Name:** Victor Zapana

**Firm Name:** U.S. Attorney's Office - EDNY

**Address:** 271-A Cadman Plaza East, Brooklyn NY, 11201

**Phone Number:** (718) 254-7180

**Email Address:** victor.zapana@usdoj.gov

**Return To:** victor.zapana@usdoj.gov

(Check off only one)

☒ Sealed Docket Entry and Document (*Entry and Document can only be seen by persons with sealed access. No NEF will be generated.*)

☐ Sealed Document only (*Document text is viewable but the document can only be seen by persons with sealed access. An NEF will be generated.*)

**Other Restrictions:** ☐ court users only ☐ ex parte ☐ attorneys for the applicable party ☐ case participants

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT**

**DESCRIPTION OF DOCUMENT (MANDATORY)**

Description of document to be entered on docket sheet

Complaint

_____
**U.S. DISTRICT/ MAGISTRATE JUDGE**

**03/13/2026**

DATED: BROOKLYN , NEW YORK

RECEIVED IN CLERK'S OFFICE ON

**03/13/2026**

**CERTIFICATION OF SERVICE:** (Check one)

**A.)** ☐ A copy of this application either has been or will be promptly served upon all parties to this action;

**B.)** ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation_____; or

**C.)** ☒ This is a criminal document submitted, and flight, public safety, or security are significant concerns.

**3/13/26**
**Date**

**/s/ Victor Zapana**
**Signature**