## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE _Clay Kaminsky_                    DATE: _March 14, 2026_

DOCKET NUMBER: _26 MJ 54_                    LOG#: _1325 - 1427_

DEFENDANT'S NAME: _Joshua Abraham Nass_

_✓_ Present        ____ Not Present            ____ Custody        ____ Bail

DEFENSE COUNSEL: _Zach Intrater_
            ____ Federal Defender        ____ CJA            _✓_ Retained

A.U.S.A: _Victor Zapana, Tanya Hajjar_  _Kamil Ammari, Anna Karamigios_ CLERK: _Pretrial Services officer Tara Sarnelli_

INTERPRETER: _N/A_                    (Language) _N/A_

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

____ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.    _✓_    Defendant's first appearance.

_✓_ Bond set at _$5 million_ . Defendant _✓_ released ___ held pending satisfaction of bond conditions.

_✓_ Defendant advised of bond conditions set by the Court and signed the bond.

_✓_ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.    ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_✓_ Order of Excludable Delay/Speedy Trial entered.  Start _03/14/2026_ Stop _04/13/2026_

_✓_ Rule 5f warnings given to the govt. ____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

_____ Status conference set for _____ @ _____ before Judge

Other Rulings: _Confession of judgement to be filed by 3/21/2026 for New York properties. South carolina properties to be secured by 03/27/2026._