FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 16 2026 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**
**FOR ACCEPTANCE OF CASH BAIL**

-against-

Joshua Nass

Docket No.  26-MJ-54

--------------------------------------------------X

Bail having been fixed by Hon. _Clay H. Kaminsky_ in the above entitled action in the

amount of $ _5,000,000_ of which sum $_50,000_ in cash is to be

deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of

New York accept the said amount of $_50,000_ when tendered on behalf

of the above defendant.

**SO ORDERED.**

Dated:  Brooklyn, New York
_3/14/2026_

_____
UNITED STATES MAGISTRATE JUDGE

Receipt No. _____
Money Deposited By:_____
address & Telephone _____

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Mar 17, 2026 9:19AM

▮

| Rcpt. No: 100025643 | Trans. Date: Mar 17, 2026 9:19AM | | Cashier ID: #TS (6977) | |
|---|---|---|---|---|

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DNYE126MJ000054 /001<br>Joshua Nass | 1 | 50000.00 | 50000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #117362181 | 03/17/2026 | $50,000.00 |
| | | | Total Due Prior to Payment: | $50,000.00 |
| | | | Total Tendered: | $50,000.00 |
| | | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.