# AGNIFILO
# INTRATER

March 26, 2026

<u>VIA ECF</u>

Hon. Clay Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    **United States v. Joshua Nass, Mag. No. 26-mj-54**

Dear Judge Kaminsky:

We write, respectfully, on behalf of defendant Joshua Nass, to request additional time to finalize the liens on properties in South Carolina as part of his bail conditions. On March 14, 2026, this Court released Mr. Nass pursuant to several conditions, including a $5 million bond secured by properties in New York and South Carolina.

We have successfully perfected the liens on the properties in New York, and Mr. Nass has satisfied all the other conditions (including GPS monitoring) except for finalizing the liens in South Carolina.

We have been informed that to place these liens, we need copies of the deeds and the "book numbers" in which the deeds are recorded. We have located counsel in South Carolina who is working on obtaining this information, but we do not have it all yet, and will need additional time to complete the process. Accordingly, counsel requests, with the consent of the government, that this Court grant permit until Friday, April 3, 2026, to satisfy this remaining bail condition.

Thank you for your consideration.

Very truly yours,

Zach Intrater