AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▼

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-mj-00054 |
| Joshua Nass | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua Nass                                                                                     .

Date:      03/27/2026                                   *Henry Mazurek*
                                                                        *Attorney's signature*

                                                            Henry E. Mazurek, NY 2636520
                                                            *Printed name and bar number*

                                                            Meister Seelig & Fein PLLC
                                                            125 Park Avenue, 7th Floor
                                                            New York, New York 10017
                                                            *Address*

                                                            hem@msf-law.com
                                                            *E-mail address*

                                                            (212) 655-3500
                                                            *Telephone number*

                                                            (212) 655-3535
                                                            *FAX number*