UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,

      v.

JOSHUA NASS,

                  Defendant.
--------------------------------------------------------X

**UNOPPOSED MOTION TO
WITHDRAW AS COUNSEL**

Case No. 26-mj-54

Zach Intrater respectfully moves for an Order, pursuant to Local Criminal Rule 1.1(b) and 1.2 and Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting permission for my withdrawal from the case at bar on the following grounds:

1. Defendant Joshua Nass has additional counsel to represent him in this matter, attorneys Henry Mazurek and Ilana Haramati of Meister Seelig & Fein PLLC.

2. The undersigned has consulted with the Defendant, who has confirmed his understanding that Henry Mazurek and Ilana Haramati will be responsible for his representation in this matter. Discharging the undersigned counsel will further the Defendant's ability to allocate resources to best effectuate his defense in this matter. The undersigned is not asserting a retaining or charging lien.

3. Pursuant to Local Criminal Rules 1.1(b) and 1.2, permission for attorney withdrawal is required according to the terms of Local Civil Rule 1.4(b), which provides for granting withdrawal upon a showing of satisfactory reasons. The reason for withdrawal in this case, that highly qualified attorneys of another law firm have been designated by the Defendant to handle his representation, meets the requisite showing.

1

4.      Undersigned counsel has conferred with the attorneys for the government in this case regarding the government's position on the instant motion to withdraw. The undersigned is authorized to represent that the government does not oppose the relief sought by this motion.

WHEREFORE, for the reasons set forth herein and in the interest of justice, the undersigned counsel respectfully requests that the Court grant the motion for leave to withdraw.

Respectfully submitted,

Zach Intrater, Esq.

**CERTIFICATE OF SERVICE UPON DEFENDANT**

I hereby certify that on this 9th Day of April, 2026, I served a copy of this motion upon

Defendant Joshua Nass via ECF to Mr. Nass's counsel, Henry Mazurek and Ilana Haramati.

Respectfully submitted,

Zach Intrater, Esq.