

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TH:VAZ/KRA                                    *271 Cadman Plaza East*
F. #2026R00061                                *Brooklyn, New York 11201*


June 29, 2026


By Hand and ECF


Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Joshua Nass
>        Criminal Docket No. 26-108 (DLI)

Dear Judge Irizarry:

The government respectfully submits this letter to request a one-week adjournment of the deadline for the government's opposition to the defendant's pretrial motions, as well as a nine-day adjournment of the deadline for the defendant's reply. The defendant takes no position on the government's request.

During the June 5, 2026 status conference, the Court adopted a pretrial schedule proposed by the parties. Under the schedule, the defendant was required to file his pretrial motions under Rule 12 of the Federal Rules of Criminal Procedure by June 26, 2026; the government was required to file its Rule 12 opposition by July 3, 2026; and the defendant was required to file its Rule 12 reply by July 8, 2026.

On June 26, 2026, the defendant filed a 45-page brief in support of (1) a motion to dismiss the indictment under Rule 12; (2) a motion for bill of particulars under Rule 7(f); and (3) a motion to compel discovery. (See ECF No. 41.)

The government seeks a one-week extension because the arguments raised in the defendant's motion are more voluminous and complex than the government had understood they would be based on defense counsel's prior representations. Among other challenges, the defendant raises multiple issues of statutory interpretation, as well as numerous facial and as-applied challenges under the First Amendment and Fifth Amendment.

Accordingly, to more fully consider and respond to the defense arguments, the government respectfully requests that the Court modify the schedule for pretrial motions. The government seeks only a one-week extension, until July 10, 2026, to respond. The government

also consents to an adjournment of the defendant's reply deadline by nine days, so that he may respond by July 17, 2026.

The government thanks the Court for its consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/
Victor Zapana
Kamil R. Ammari
Assistant U.S. Attorneys
(718) 254-7000

2