

Ilana Haramati
*Partner*
ih@mss-pllc.com
Tel: (646) 860-3130
Fax: (212) 655-3535

June 29, 2026

**VIA ECF**

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 8C South
Brooklyn, NY 11201

> **Re:**    *United States v. Joshua Nass*, **26-cr-108 (DLI)**

Dear Judge Irizarry:

We represent defendant Joshua Nass in the above-captioned case.  We write to respectfully request a further one-week adjournment, until July 7, 2026, of the deadline to make expert  disclosures in accordance to Rule 16 of the Federal Rules of Criminal Procedure.

This additional time is necessary to accommodate the travel schedules of one of Mr. Nass' potential experts, and to ensure we have sufficient time to confer with the expert prior to the disclosure.  We do not anticipate that this brief extension should impact the August 17, 2026 trial date.

We have also discussed this request with counsel for the government, who have no objection.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Joshua Nass*

cc:    Counsel of Record (*via ECF*)