

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

VAZ/KRA
F. #2026R00061

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 30, 2026

<u>By ECF</u>

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Joshua Nass
>        <u>Criminal Docket No. 26-108 (DLI)</u>

Dear Judge Irizarry:

On behalf of the parties, the government respectfully submits this letter to seek an adjournment of the upcoming status conference—currently scheduled for August 6, 2026 at 11:45 a.m.—to October 8, 2026 at 2:00 p.m., because of a conflict with the Court's calendar. After consulting with the Court's chambers, the parties understand that the latter date and time are convenient for the Court.  In addition, the parties jointly request an exclusion of time from today to October 8, 2026 under the Speedy Trial Act, 18 U.S.C. § 3161, in light of the defendant's pending pretrial motions, as well as ongoing discovery production and review.  The parties thank the Court for its consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/
      Victor Zapana
      Kamil R. Ammari
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Clerk of Court (DLI) (by E-mail)
      Defense Counsel (by E-mail)